AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2299 Browntown Rd, Bishopville, South Carolina 29010
(Lee County Parcel ID 035-00-00-170-000 )

Case No. 3:23-cr-00174

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A to the Affidavit

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B to the Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 7 USC 2156 | Buying, Possessing, Training, Transporting, Delivering, or Receiving an Animal for Purposes of Having the Animal Participate in an Animal Fighting Venture; and |
| 18 USC 371 | Conspiracy to do the Same |

The application is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Dustin McPhillips, US Department of Agriculture
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: September 21, 2022

*Judge's signature*

City and state: Columbia, South Carolina     Paige J. Gossett, United States Magistrate Judge
*Printed name and title*