CASE NUMBER/NAME: AT 3330-0083

SEARCH WARRANT INVENTORY

ADDRESS: 2299 BrownTown Rd Bishopville SC

| ITEM NUMBER | LOCATION | DESCRIPTION | COLLECTED BY |
|---|---|---|---|
| 1 | On person of John McDaniel | Cell Phone | K Bishop |
| 2 | Living Room Room Delta | IPad Gen 6 | K Bishop |
| 3 | ~~D Bridges~~ Room Delta | Cell Phone iphone | D Bridges |
| 4 | ~~D Bridges~~ Room Delta | Cell Phone Galaxy S5 | D Bridges |
| 5 | ~~D Bridges~~ Room Delta | Cell Phone iphone | D Bridges |
| 6 | Room Delta | Plastic Container of DVD | K Bishop |
| 7 | Room E | Trophy Best Kennels | D Bridges |
| 8 | Room E | Trophy Games in Show | D Bridges |

DATE: 9/25/22

PAGE 1 OF 2

CASE NUMBER/NAME:

SEARCH WARRANT INVENTORY

ADDRESS:

| ITEM NUMBER | LOCATION | DESCRIPTION | COLLECTED BY |
|---|---|---|---|
| 9 | Room C | Book How to Breed Dogs | D Bridges |
| 10 | Room C | Pedigrees | D Bridges |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DATE: 9/25/22

PAGE 2 OF 2

# RECEIPT FOR PROPERTY
## S C LAW ENFORCEMENT DIVISION

**SLED CASE NUMBER:** 78-22-0227

**LOCATION OF FIRST TRANSFER**

**Signature of Person from whom Property is Obtained**
- Owner
- Other

**Address (Include Zip Code):** 2299 Browntown Rd, Bishopville, SC 29010

**Signature of Owner Voluntarily Submitting Items**

**Origin of Property:** Seized

**Purpose for Which Obtained:** USDA Search Warrant

| ITEM # | QTY | DESCRIPTION OF ITEMS |
|---|---|---|
| 1 | 1 | red box containing (3) rounds of .223, (1) round of 30/30, (16) rounds of 762/39 |

**I Certify That I Have Received The Articles Listed Above**

| Date | Name | Signature |
|---|---|---|
| | | |

## CHAIN OF CUSTODY

| ITEM # | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY | LOCATION OF TRANSFER |
|---|---|---|---|---|---|
| | | Name / Signature | Name / Signature | | |
| | | Name / Signature | Name / Signature | | |
| | | Name / Signature | Name / Signature | | |
| | | Name / Signature | Name / Signature | | |

Form = CF-004 Rev. 8-00-06

# RECEIPT FOR PROPERTY

**S.C. LAW ENFORCEMENT DIVISION**

**SLED CASE NUMBER:** 78-22-02?7

**LOCATION OF FIRST TRANSFER**

**Signature of Person from whom Property is Obtained**
☐ Owner
☐ Other

**Address (Include Zip Code):** 2299 Browntown Rd, Bishopville, SC 29010

**Signature of Owner Voluntarily Submitting Items:** Seized

**Origin of Property:**

**Purpose for Which Obtained:** USDA Search Warrant

| ITEM # | QTY | DESCRIPTION OF ITEMS |
|---|---|---|
| 1 | 1 | (1) one black/brown Browning shotgun (SN) ser #A2284N152 - loaded w/ 1 rounds |
| 1 | 1 | (1) one 22 rifle Winchester serial# B883391 model 290 w/ 2 rounds loaded |
| 1 | 1 | SKS style rifle 01442401679 (ser#) - 4 round loose in blk case - 19 rounds in blk mag (762/39) |
| 1 | 1 | Ruger 1022 rifle ser# 11496424 - McDaniels name + SS# engraved on rifle (father) |
| 1 | 1 | Iver-Johnson 22 revolver Serial # 536247 w/ 6 rounds of ammo |

**I Certify That I Have Received The Articles Listed Above**

| Date | Name | Signature |
|---|---|---|

## CHAIN OF CUSTODY

| ITEM # | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY | LOCATION OF TRANSFER |
|---|---|---|---|---|---|
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |

Form # CF-004 (Rev. 8-30-06)

| RECEIPT FOR PROPERTY | | SLED CASE NUMBER 78-22-02⟨?⟩7 | |
|---|---|---|---|
| S.C. LAW ENFORCEMENT DIVISION | | LOCATION OF FIRST TRANSFER | |
| Signature of Person from whom Property is Obtained<br>☐ Owner<br>☐ Other | | Address (Include Zip Code)<br>2299 Browntown Rd, Bishopville, SC 29⟨?⟩ | |
| Signature of Owner Voluntarily Submitting Items<br>Seized | | | |
| Origin of Property | | | |
| Purpose for Which Obtained | | | |

| ITEM # | QTY | DESCRIPTION OF ITEMS |
|---|---|---|
| 1 | 1 | Savage model 3 22-250 ser# F712831 rifle |
| 1 | 1 | Stevens model 311 12 gauge ser# D952869 - 2 rounds 12 gauge loaded |
| 1 | 1 | Marlin model 336 30/30 cal. Ser# 18001382 - 3 rounds in mag - 1 spent in chamber |
| 1 | 1 | Ruger M77 270 ser# 78269274 |
| 1 | 1 | Remington box containing (9) 12 gauge ammunition |
| 1 | 1 | box containing (25) 9mm ammunition, (1) 22 ammunition |
| 1 | 1 | Taurus 38 special Serial# 745602 w/ 5 rounds of ammo loaded |

I Certify That I Have Received The Articles Listed Above

| Date | Name | Signature |
|---|---|---|
| | | |

### CHAIN OF CUSTODY

| ITEM # | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY | LOCATION OF TRANSFER |
|---|---|---|---|---|---|
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |

Form # CF-004 (Rev. 8-30-06)

## RECEIPT FOR PROPERTY

**SLED CASE NUMBER:** 78-22-0227

**S.C. LAW ENFORCEMENT DIVISION**

**LOCATION OF FIRST TRANSFER**

**Signature of Person from whom Property is Obtained**
☐ Owner
☐ Other

**Address (Include Zip Code):** 2299 Browntown Rd, Bishopville, SC 29010

**Signature of Owner Voluntarily Submitting Items:** Seized

**Origin of Property**

**Purpose for Which Obtained:** USDA Search Warrant

| ITEM # | QTY | DESCRIPTION OF ITEMS |
|---|---|---|
| 1 | 1 | (1) brown box (wooden) containing (10) ten plastic baggies containing white pills, and (3) three orange pill bottles containing white pills |
| 1 | 1 | (1) Orange pill bottle containing (4) four white pills (contained in) |
| 1 | 1 | (8) eight (box) of 22 long rifle ammunition, (3) three box of Winchester 30/30 ammunition |
| 1 | 1 | Winchester box containing (2) two rounds of 38 ammunition, (2) two additional rounds of ammunition |
| 1 | 1 | (1) one silver bucket containing 61 rounds of 22, 6 spent rounds of 22, 2 rounds of 30/30, 14 rounds of 38 special |

I Certify That I Have Received The Articles Listed Above

| Date | Name | Signature |
|---|---|---|
| | | |

### CHAIN OF CUSTODY

| ITEM # | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY | LOCATION OF TRANSFER |
|---|---|---|---|---|---|
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |

Form # CF-004 (Rev. 8-30-06)

## RECEIPT FOR PROPERTY

**S.C. LAW ENFORCEMENT DIVISION**

**SLED CASE NUMBER:** 78-22-0227

**LOCATION OF FIRST TRANSFER**

**Signature of Person from whom Property is Obtained**
☐ Owner
☐ Other

**Address (Include Zip Code):** 2299 Browntown Rd, Bishopville, SC 29010

**Signature of Owner Voluntarily Submitting Items:** Seized

**Origin of Property:**

**Purpose for Which Obtained:** USDA Search Warrant

| ITEM # | QTY | DESCRIPTION OF ITEMS |
|---|---|---|
| 1 | 1 | Clear plastic baggie containing (3) three green pills, (4) four pink pills, and (1) one white pill |
| 1 | 1 | Clear plastic baggie containing (3) three pink pills |
| 1 | 1 | Clear plastic baggie containing (1) one pink pills |
| 1 | 1 | Clear plastic baggie containing (1) one green pill and (1) one yellow pill |
| 1 | 1 | S/W 32 revolver Serial #286008 w/ 5 rounds, 1 in blk box |
| 1 | 1 | Colt .38 Special Serial #196582 loaded w/ 6 rounds of ammo |

**I Certify That I Have Received The Articles Listed Above**

| Date | Name | Signature |
|---|---|---|

### CHAIN OF CUSTODY

| ITEM # | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY | LOCATION OF TRANSFER |
|---|---|---|---|---|---|
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |
| | | Name | Name | | |
| | | Signature | Signature | | |

Form # CF-004 (Rev. 8-30-06)